TAKEDA PHARMACEUTICAL COMPANY LIMITED, Takeda Pharmaceuticals U.S.A., Inc., Takeda Pharmaceuticals America, Inc., Plaintiffs-Appellants

v.

SUN PHARMA GLOBAL FZE, Sun Pharmaceutical Industries, Ltd., Defendants-Appellees

2016-2325

United States Court of Appeals, Federal Circuit.

April 10, 2017

ARLENE L. CHOW, Hogan Lovells US LLP, New York, NY, argued for plaintiffs-appellants. Also represented by ERIC J. LOBENFELD, THOMAS SCHMIDT.

MARK DAVID SCHUMAN, Carlson, Caspers, Vanden-burgh, Lindquist & Schuman, P.A., Minneapolis, MN, argued for defendants-appellees. Also represented by SAMUEL T. LOCKNER, JONATHAN CARPENTER, CAROLINE MARSILI.

(Prost, Chief Judge, Newman and Dyk, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**